IN THE

# SUPREME COURT

OF THE

# STATE OF NEW YORK,

IN OCTOBER TERM, 1827, IN THE FIFTY-SECOND YEAR OF OUR INDEPENDENCE.

---

## HAWKINS *against* THE DUTCHESS AND ORANGE STEAM-BOAT COMPANY.

THIS cause was tried, and a verdict found for the plaintiff on the 28th of June last, before DUER, C. Judge, who, on that day, made this order: "Let the defendants have 20 days from this date, to make a case, in this cause; and, on making a case, let all proceedings upon the verdict be stayed, until the further order of the supreme court." This order was served on the same day, upon the plaintiff's attorney; but owing to the delay of papers, no case was made till after the 20 days. On the 30th day of July, 1827, the judge made this order, indorsed on the first: "Let the time for making a case, by the within defendant, in the within entitled cause, be extended for 20 days from this day. Dated, &c." This was served on the attorney for the plaintiff on the 1st of August; and on the 11th he was served with a case; to which he declined making amendments; but proceeded with the cause to judgment. The

*An order for time to make a case, under the 6th general rule of January term, 1799, cannot be enlarged after the time to make a case, under the 6th general rule of January term, 1799, cannot be enlarged after the expired; but only while it is running.*

*If it once expire, relief can be had by motion only, for the purpose of which a judge may grant an order to stay proceedings.*

ALBANY,
Oct. 1827.
————————
Ex parte
Brown.

defendants, on the other hand, considering the case *as duly settled, noticed it for argument at, and placed it upon the calendar of, the present term.

On this state of facts two motions were now made.

*W. Esleeck,* for the defendants, moved to set aside the judgment for irregularity; and

*H. P. Hunt,* contra, moved to strike the cause from the calendar. He said, the second order of the judge was a nullity. The only power he possessed, within the 6th general rule of January term, 1799, was, to enlarge the first order. That, having expired, could not be enlarged. This is a term which implies the existence of the first order; and the second must, therefore, be looked upon as an original one. The only relief which the defendants could have, was an order to stay the proceedings, till relief could be obtained on motion to this court;

And of that opinion was the COURT. But they relieved the defendants, on payment of all costs, allowing the case to stand as served; and the plaintiff to propose amend·ments, &c.